UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MICHELLE DUNHAM-KIELY,<br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　　　Defendant. | )<br>)<br>)<br>)　　No. 3:08-cv-114<br>)　　(Phillips/Guyton)<br>)<br>) |

## JUDGMENT ORDER

This matter comes before the Court on Defendant's notice that Plaintiff has accepted Defendant's Offer of Judgment in the amount of $80,000.00, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure. [Doc. 50.] Such offer is for full satisfaction of all of Plaintiff's claims against Defendant in the abovecaptioned matter. Defendant also filed with the Court copies of the signed Offer of Judgment and Plaintiff's notice of acceptance, in accordance with the filing requirements of Rule 68. [Doc. 50, Attachs. 1, 2.]

The parties have met the requirements of Rule 68 with respect to time limitations and requisites of proper notice. Accordingly, is it hereby **ORDERED** that judgment is **ENTERED** for the Plaintiff in the amount of $80,000.00, inclusive of all attorneys fees and costs.

**IT IS SO ORDERED.**

Entered as a judgment.

s/ *Patricia L. McNutt*
PATRICIA L. McNUTT
CLERK OF COURT

**ENTER:**

　s/ Thomas W. Phillips　
United States District Judge